IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **PALMER CRAVENS, LLC, ESTATE OF GUY HARDY, AS AUTHORIZED BY AND THROUGH NORA FINLEY, THE SOLE HEIR AND REPRESENTATIVE;** <br> *Plaintiffs* <br><br> **-vs-** <br><br> **PREFERRED CONTRACTORS INSURANCE COMPANY RISK RETENTION GROUP, LLC,** <br> *Defendant* | § § § § § § § § § § § | **A-22-CV-00327-JRN** |

## **ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane concerning Defendant's Motion for Partial Summary Judgment (Dkt. 12). (R.& R., Dkt. 21). In his report and recommendation, Judge Lane recommends that the Court grant the motion. (*Id.* at 8). Plaintiffs filed timely filed objections to the report and recommendation. (Objections., Dkt. 22).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiffs timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so, the Court overrules Plaintiffs' objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Mark Lane, (Dkt. 21), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Partial Summary Judgment, (Dkt. 12), is **GRANTED**.

SIGNED this 30th day of August, 2023.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE