IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| PALMER CRAVENS, LLC, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Case No. 7:23-CV-00361 |
| | § | |
| PREFERRED CONTRACTORS | § | |
| INSURANCE COMPANY RISK | § | |
| RETENTION GROUP, LLC, | § | |
| | § | |
| | § | |
| Defendant. | § | JURY DEMANDED |

## NOTIFICATION OF SETTLEMENT

Counsel for Plaintiffs Palmer Cravens, LLC n/k/a Park Place Ventures LLC and the Estate of Guy Hardy d/b/a Dripping Springs Roofing, hereby notify the Court that the parties have reached an agreement in principle to settle all the disputes that are the subject of this lawsuit. Counsel requests that this Court abate these proceedings for approximately thirty (30) days to allow the parties to prepare settlement documents, finalize all settlement documents and effectuate dismissal.

Respectfully submitted,

RAY THOMAS PC
Raymond L. Thomas
State Bar No. 19865350
rthomas@raythomaspc.com
4900-B North 10th Street
McAllen, Texas 78504
Telephone: (956) 632-5033
Telecopier: (956) 540-5631
Attorney-in-Charge

OF COUNSEL:

David W. Jones
State Bar No. 00790980
Fed. I.D. No. 18206
djones@beckredden.com
BECK REDDEN LLP
1221 McKinney St., Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Telecopier: (713) 951-3720

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that, on February 13, 2025, a true and correct copy of this document was served on all known counsel of record via the Court's CM/ECF system.

Raymond L. Thomas