United States District Court
Southern District of Texas
**ENTERED**
March 18, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| PALMER CRAVENS, LLC, et al., | § § § | |
| Plaintiffs, | § | |
| v. | § § | Case No. 7:23-CV-00361 |
| PREFERRED CONTRACTORS INSURANCE COMPANY RISK RETENTION GROUP, LLC, | § § § § § | |
| Defendant. | § | JURY DEMANDED |

## ORDER ON STIPULATION OF DISMISSAL

The Court is in receipt of the parties' "Joint Stipulation of Dismissal" (Dkt. No. 72) in the above-captioned civil case. The parties informed the Court that the matters in controversy between the parties were resolved and stipulated that no execution for costs be issued. See Dkt. No. 72. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in the above-captioned lawsuit are DISMISSED with prejudice. The Clerk of Court is hereby **ORDERED** to close this case.

Signed on March  18 , 2025.

_Drew B. Tipton_
UNITED STATES DISTRICT JUDGE